No. 17,855.

ESTELLE K. BYRNE *v*. CHARLES J. ESSIG.
(299 P. [2d] 120)

Decided July 16, 1956.

Mr. JOHN J. GIBBONS, Messrs. OWNBY & GREINETZ, for plaintiff in error.

Messrs. YEGGE, BATES, HALL & SHULENBURG, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.